IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0131** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **FRANK TIMOTHY BROWN** | : | |

## ORDER

AND NOW, this 10th day of January, 2006, upon consideration of defendant's unopposed motion to review juvenile records (Doc. 51), requesting that the court order the Lancaster County Children & Youth Social Service Agency and the Lancaster County Office of Juvenile Probation to produce defendant's juvenile records for review prior to defendant's sentencing in the above-captioned case, and it appearing that counsel may inspect defendant's juvenile records without leave of court, compare 42 Pa. Cons. Stat. Ann. § 6307(4) (West 2005) ("All files and records of the court in a proceeding under this chapter are open to inspection . . . [by] the *attorney for the defendant* for use in preparing a presentence report in a criminal case in which the defendant is convicted and who prior thereto had been a party to a proceeding under this chapter." (emphasis added)), with id. § 6307(7) (requiring "leave of court" for "any other person or agency or institution having a legitimate interest in the proceedings"), it is hereby ORDERED that the motion to review juvenile records (Doc. 51) is DENIED without prejudice to counsel's right to re-file

the motion with a brief in support thereof, discussing the statute at issue and this court's jurisdiction to grant the relief requested and citing to relevant and controlling caselaw.

      /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge